1531-14

# ELECTRONIC RECORD

COA # 14-13-00215-CR

OFFENSE: Murder

STYLE: Khahn Phan v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 263rd District Court

DATE: October 14, 2014    Publish: No

TC CASE #:1225435

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Khahn Phan v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___04/15/2015___

JUDGE: ___Per Curiam___

CCA Disposition: **1531-14**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD